Lehigh Casino, Incorporated Liquor License Case.

Argued March 26, 1958. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (HIRT, J., absent).

*Stanley M. Greenberg,* with him *Bernard S. Ochman,* for appellant.

*Russell C. Wismer,* Special Assistant Attorney General, with him *Horace A. Segelbaum,* Deputy Attorney General, and *Thomas D. McBride,* Attorney General, for appellee.

OPINION BY ERVIN, J., June 11, 1958:

The facts and law involved in this appeal are the same as those which were involved in *Tahiti Bar, Incorporated Liquor License Case,* 186 Pa. Superior Ct. 214. Our decision in the *Tahiti Bar* case controls this case.

The order is affirmed.